Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | Michael T. Bacigalupo <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8279 <br> EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Michigan | Date case filed for chapter: 7  5/15/26 |
| Case number: | 26–20754–dob | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael T. Bacigalupo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 206 Sharpe St. <br> Essexville, MI 48732 | |
| 4. | **Debtor's attorney** <br> Name and address | Andrew J. Gerdes <br> 416 N. Homer Street <br> Suite 101 <br> Lansing, MI 48912 | Contact phone: (517) 853–1300 |
| 5. | **Bankruptcy trustee** <br> Name and address | Collene K. Corcoran <br> P.O. Box 535 <br> Oxford, MI 48371 | Contact phone: 248–969–9300 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at https://pacer.uscourts.gov. | **Address of the Bankruptcy Clerk's Office:** <br> 111 First Street <br> Bay City, MI 48708 <br><br> Contact phone: 989–894–8840 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Todd M. Stickle <br><br> Hours open: <br> 8:30am–4:00pm Monday–Friday <br><br> Date: 5/15/26 |
|---|---|---|---|
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 22, 2026 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> Zoom video meeting. Go to Zoom.us/join. Enter Meeting ID 441 866 7436, and Passcode 1002615478, OR call (947) 214–5010. <br><br> For additional meeting information go to www.justice.gov/ust/moc. |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/21/26** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

In re:

Michael T. Bacigalupo

    Debtor

Case No. 26-20754-dob

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0645-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: 309A | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael T. Bacigalupo, 206 Sharpe St., Essexville, MI 48732-1645 |
| 28945398 | + | Adriana Dydell, Esq., Ass't U.S. Attorney, 211 W. Fort St., Suite 2001, Detroit, MI 48226-3220 |
| 28945401 | + | Auto-Owners Insurance, PO Box 740312, Cincinnati, OH 45274-0312 |
| 28945404 | + | Bay County Historical Society, 321 Washington Ave., Bay City, MI 48708-5837 |
| 28945405 | + | David Puskar, Esq., Braun Kendrick Finkbeiner, 4301 Fahion Square Blvd., Saginaw, MI 48603-5218 |
| 28945406 | + | Jason N. Ball, Esq., 306 5th St., Suite 202, Bay City, MI 48708-5856 |
| 28945407 | + | Jeffrey James Rupp, Esq., Brisbois Brisbois & Rupp PLLC, 1107 Gratiot Ave., Saginaw, MI 48602-2216 |
| 28945408 | + | Kevin M. Smith, Esq., Beadle Smith PLC, PO Box 70656, Rochester Hills, MI 48307-0013 |
| 28945411 | + | State Theatre of Bay City, c/o Randall Frank, Trustee, PO Box 2220, Bay City, MI 48707-2220 |
| 28945412 | + | The Springthorpe Brothers Corp, c/o David Puskar, Esq., Braun Kendrick Finkbeiner PLC, 4301 Fashion Square Blvd., Saginaw, MI 48603-5218 |
| 28945413 | + | Thomas Patrick Martin, Esq., Ass't. U.S. Attorney, 211 W. Fort St., Suite 101, Detroit, MI 48226-3269 |
| 28945414 | + | Tiffani N. Palmer, Esq., Weltman Weinberg & Reis LPA, 3155 Big Beaver Rd., Suite 260, Troy, MI 48084-3000 |
| 28945416 | + | United States Probation Office, Federal Building, 200 E. Liberty St., Suite 200, PO Box 8289, Ann Arbor, MI 48107-8289 |
| 28945418 | | Volkswagen Financial Services, PO Box 94005, Palatine, IL 60094-4005 |
| 28945419 | + | William Thomas Orr, Esq., Ass't U.S. Attorney, 101 First St., Suite 200, Bay City, MI 48708-5747 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: agerdes@capitalbankruptcy.net | May 15 2026 21:37:00 | Andrew J. Gerdes, 416 N. Homer Street, Suite 101, Lansing, MI 48912 |
| tr | + | EDI: FCKCORCORAN.COM | May 16 2026 01:33:00 | Collene K. Corcoran, P.O. Box 535, Oxford, MI 48371-0535 |
| 28945400 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2026 21:34:45 | AmEx, P.O. Box 981537, El Paso, TX 79998-1537 |
| 28945399 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2026 21:34:53 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 28945402 | + | EDI: TSYS2 | May 16 2026 01:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 28945403 | + | EDI: TSYS2 | May 16 2026 01:33:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 28945410 | | Email/Text: EBN@Mohela.com | May 15 2026 21:38:00 | SOFI Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Dr., Chesterfield, MO 63005 |
| 28945409 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 15 2026 21:34:34 | Sofi Bank, NA, PO Box 654081, Dallas, TX 75265-4081 |
| 28945415 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | May 15 2026 21:38:00 | United States of America, c/o William F. Gorgon, Esq., U.S. Attorney, Eastern District of Mich, 211 W. Fort St., Suite 2001, Detroit, MI 48226-3220 |
| 28945417 | + | EDI: G2RSVOLKSWGN | May 16 2026 01:33:00 | Volkswagen Credit Inc., Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 28945420 | + | Email/Text: bkfilings@zwickerpc.com | | |

May 15 2026 21:38:00    Zwicker & Associates, PC, 320 E. Big Beaver Rd., Suite 100, Troy, MI 48083-1239

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026        Signature:      /s/Gustava Winters