# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

MICHAEL T. BACIGALUPO,

Case No. 26-20754-dob
Chapter 7
Hon. Daniel S. Opperman

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AS COUNSEL TO CREDITOR THE SPRINGTHORPE BROTHERS CORP

David L. Puskar of BRAUN KENDRICK FINKBEINER P.L.C., 4301 Fashion Square Blvd., Saginaw, MI 48603, hereby enters his appearance as counsel for creditor The Springthorpe Brothers Corp. and requests that he be added to the matrix and that copies of all notices given or requested to be given in this case and all papers served in this case be given and served as follows:

David L. Puskar
BRAUN KENDRICK FINKBEINER P.L.C.
4301 Fashion Square Blvd.
Saginaw, MI 48603
(989) 498-2100
Email: davpus@braunkendrick.com

The foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated: May 21, 2026.

BRAUN KENDRICK FINKBEINER P.L.C.
By: __/s/ David L. Puskar_____
David L. Puskar (P73121)
Attorney for The Springthorpe
Brothers Corp.
4301 Fashion Square Boulevard
Saginaw, Michigan 48603
989-498-2100
davpus@braunkendrick.com

26-20754-dob   Doc 9   Filed 05/21/26   Entered 05/21/26 16:18:55   Page 1 of 1
4926-7076-8558, v. 1