UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MICHAEL T. BACIGALUPO,

Debtor.

Case No. 26-20754-dob
Honorable Daniel S. Opperman
Chapter 7

/

## BAY COUNTY HISTORICAL SOCIETY'S MOTION FOR ORDER OF NON-DISCHARGEABILITY OF CRIMINAL RESTITUTION

Now comes the Bay County Historical Society, a Creditor, by and through its attorneys, Wenzloff & Fireman P.C. by Joshua R. Fireman, and in support of its Motion for an Order determining that the Criminal Restitution owed to the Bay County Historical Society is non-dischargeable pursuant to 11 U.S.C. §523(a)(13) says as follows:

1. That the Debtor, MICHAEL T. BACIGALUPO, is obligated to make criminal restitution payments to the Bay County Historical Society pursuant to a Judgment in a Criminal Case entered April 24, 2026. See attached Judgment in a Criminal Case, page 6, attached as **Exhibit 4**.

2. That the Debtor filed a Chapter 7 bankruptcy on May 15, 2026.

3. That to avoid any doubt or future dispute, the Creditor would like an order from this Court which makes clear to all future parties that the Debtor's criminal restitution responsibilities are exempt from discharge pursuant to 11 U.S.C. §523(a)(13).

4. That the Bankruptcy Code supports the Creditor's position that the criminal restitution at issue is not dischargeable.

5. A copy of the proposed Order of Nondischargeability is attached hereto as Exhibit 1 and incorporated herein by reference.

6. That the Creditor has sought concurrence of the Debtor and the relief requested and the same has been denied.

Wherefore, the Bay County Historical Society hereby requests this Honorable Bankruptcy Court enter an order declaring that the criminal restitution owed by the Debtor to the Bay County Historical Society pursuant to a Judgment in a Criminal Case entered April 24, 2026 is non-dischargeable under 11 U.S.C. §523(a)(13).

DATE: _____ 7/31/2026 _____     _____/s/ Joshua R. Fireman_____
JOSHUA R. FIREMAN (P79994)
Attorney for Credit Union
903 North Jackson Street, Bay City, MI 48708
Tel (989) 893-9511 • Fax (989) 893-6988
wenzloffbankruptcy@sbcglobal.net

**Exhibit 1**

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MICHAEL T. BACIGALUPO,

        Debtor.

                           /

Case No. 26-20754-dob
Honorable Daniel S. Opperman
Chapter 7

## ORDER OF NON-DISCHARGEABILITY OF CRIMINAL RESTITUTION

This matter having come before the court on a motion for nondischargeability, and the Court being fully advised in the premises;

**IT IS ORDERED AND ADJUDGED** that the sum of $196,641.17, which reflects the debt owed by the Debtor, MICHAEL T. BACIGALUPO, to the Creditor Bay County Historical Society pursuant to a Judgment In a Criminal Case, Case No 1:25-CR-20634-001, which was awarded as criminal monetary penalties and restitution in favor of Creditor and against the Debtor, shall be deemed nondischargeable pursuant to 11 U.S.C. § 523(a)(13), and said amount shall not be discharged in this bankruptcy case

**Exhibit 2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

IN RE:
MICHAEL T. BACIGALUPO,

Case No. 26-20754-dob
Honorable Daniel S. Opperman

Debtor.

Chapter 7

_____/

## <u>NOTICE OF MOTION</u>

**The Bay County Historical Society**, a creditor of the above-named Debtor, has filed papers with the Court requesting an order of nondischargeability pursuant to 11 U.S.C. § 523(a)(13).

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1.	File with the Court a written response or an answer, explaining your position at:

U.S. Bankruptcy Court
111 First Street, P. O. Box 911
Bay City, MI 48708

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

JOSHUA R. FIREMAN
903 North Jackson Street
Bay City, MI 48708
(989) 893-9511

2.     If a response or answer is timely filed and served, the clerk will schedule a Hearing on the Motion and you will be served with a Notice of the date, time and location of the Hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief in the Motion and may enter an Order granting that relief.**

DATE: _____ 7/31/2026 _____          _____ /s/ Joshua R. Fireman _____
JOSHUA R. FIREMAN (P79994)
Attorney for Credit Union
903 North Jackson Street, Bay City, MI 48708
Tel (989) 893-9511 • Fax (989) 893-6988
wenzloffbankruptcy@sbcglobal.net

**Exhibit 3**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MICHAEL T. BACIGALUPO,

      Debtor.

_____/

Case No. 26-20754-dob
Honorable Daniel S. Opperman
Chapter 7

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set out below I served a copy of the following document(s) upon each of the parties listed below.

- *MOTION FOR ORDER OF NON-DISCHARGEABILITY OF CRIMINAL RESTITUTION*
- *PROPOSED ORDER (EXHIBIT 1)*
- *NOTICE OF MOTION (EXHIBIT 2)*
- *CERTIFICATE OF SERVICE (EXHIBIT 3)*
- *JUDGMENT IN A CRIMINAL CASE ENTERED APRIL 24, 2026 (EXHIBIT 4)*

Served electronically via the Court's ECF system:

      ANDREW GERDES:                        agerdes@capitalbankruptcy.net

Served via United States Postal Service with the proper amount of postage affixed thereon:

      MICHAEL T. BACIGALUPO:  206 Sharpe St., Essexville, MI 48732

DATE:     7/31/2026           /s/ Joshua R. Fireman
                                JOSHUA R. FIREMAN (P79994)
                                Attorney for Credit Union
                                903 North Jackson Street, Bay City, MI 48708
                                Tel (989) 893-9511 • Fax (989) 893-6988
                                wenzloffbankruptcy@sbcglobal.net

# UNITED STATES DISTRICT COURT

Exhibit ___4___

### EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| | ) | Case Number:        0645 1:25-CR-20634-001 |
| Michael Bacigalupo | ) | |
| | ) | USM Number:        11911-512 |
| | ) | |
| **THE DEFENDANT:** | ) | Defendant's Attorney: Jeffrey J. Rupp |

☒ pleaded guilty to count(s)   1, Information _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | 11/30/2023 | 1 |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 24, 2026
Date of Imposition of Judgment

s/David M. Lawson
Signature of Judge

David M. Lawson, United States Senior District Judge
Name and Title of Judge

April 28, 2026
Date

DEFENDANT:        Michael Bacigalupo
CASE NUMBER:      0645 1:25-CR-20634-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months.

☒  The court makes the following recommendations to the Bureau of Prisons:

While in custody, the defendant shall participate in the Inmate Financial Responsibility Program (IFRP). The Court is aware of the requirements of the IFRP and approves the payment schedules of this program and hereby orders the defendant's compliance.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐  a.m.  ☐  p.m.  on  _____ .

☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒  before 12 p.m. on    no earlier than September 11, 2026    .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        Michael Bacigalupo
CASE NUMBER:      0645 1:25-CR-20634-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: two years, based on an individual assessment a term of supervised release is warranted to monitor and address the defendant's re-integration into society and provide protection to the public form further crimes of the defendant.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (check if applicable)

4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (check if applicable)

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:          Michael Bacigalupo
CASE NUMBER:        0645 1:25-CR-20634-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____          Date _____

DEFENDANT:         Michael Bacigalupo
CASE NUMBER:       0645 1:25-CR-20634-001

## SPECIAL CONDITIONS OF SUPERVISION

Due to the nature and circumstances of the offense and the substantial restitution order, the following special restitution conditions are ordered:

You shall make monthly installment payments on any remaining balance of the restitution at a rate and schedule recommended by the probation department and approved by the Court.

You shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

AO 245B (Rev. 09/18) Judgment in a C___nal Case

DEFENDANT:       Michael Bacigalupo
CASE NUMBER:     0645 1:25-CR-20634-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ $347,641.17 | $ None | $ None | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒  The defendant must make restitution (including community restitution) to the Clerk of Court for distribution to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Bay City Historical Society | $196,641.17 | $196,641.17 | |
| Bay City State Theatre (Bankruptcy Estate) | $151,000.00 | $151,000.00 | |

**TOTALS**              $ _____              $ _____

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒   the interest requirement is waived for     ☐  fine   ☒  restitution.

☐   the interest requirement for     ☐  fine   ☐  restitution is modified as follows:

AO 245B (Rev. 09/18) Judgment in a Criminal Case

DEFENDANT: Michael Bacigalupo
CASE NUMBER: 0645 1:25-CR-20634-001

**The Court waives the imposition of a fine, the costs of incarceration, and the costs of supervision, due to the defendant's lack of financial resources and the defendant's restitution obligation.**

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.

\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:     Michael Bacigalupo
CASE NUMBER:   0645 1:25-CR-20634-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒  Lump sum payment of ___$347,741.17___ due immediately, balance due

    ☐  not later than _____ , or

    ☒  in accordance   ☐ C   ☐ D,   ☐ E, or   ☒ F below; or

**B** ☐  Payment to begin immediately (may be combined with ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒  Special instructions regarding the payment of criminal monetary penalties:

You must pay monthly installment payments on any remaining balance of the restitution or special assessment at a rate and schedule recommended by the probation department and approved by the Court. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names                                              Joint and Several        Corresponding Payee,
*(including defendant number)*             Total Amount                Amount            if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:
See page 8.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245B (Rev. 09/18) Judgment in a ( inal Case

DEFENDANT:          Michael Bacigalupo
CASE NUMBER:        0645 1:25-CR-20634-001

## ADDITIONAL FORFEITED PROPERTY

Pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), Defendant shall pay a $754,541.17 forfeiture money judgment to the United States. The Amended Preliminary Order of Forfeiture entered by the Court on March 16, 2026 (ECF #26) is incorporated by reference.