UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MICHAEL T. BACIGALUPO,

Debtor.
_______________________________/

Case No. 26-20754-dob
Honorable Daniel S. Opperman
Chapter 7

## STIPULATION TO THE ENTRY OF AN ORDER OF NONDISCHARGEABILITY

NOW COME the Creditor Bay County Historical Society (herein after the "Creditor"), by and through its attorneys, Wenzloff & Fireman, P.C. by Joshua R. Fireman, and the Debtor, MICHAEL T. BACIGALUPO, by and through his attorney, Andrew J. Gerdes, and hereby stipulate as follows:

1. To avoid any doubt and to prevent any future litigation or legal proceedings regarding the same, the Debtor and the Creditor hereby stipulate that the sum of $196,641.17, which represents the total amount owed by the Debtor to the Creditor pursuant to a Judgment In a Criminal Case, Case No 1:25-CR-20634-001, which was awarded as criminal monetary penalties and restitution in favor of Creditor and against the Debtor, is nondischargeable in Bankruptcy pursuant to 11 U.S.C. § 523(a)(13).

2. The Debtor and Creditor further stipulate to the entry of an Order designating the above referenced amount to be nondischargeable in Bankruptcy.

(signatures to follow on next page)

Date: 8/22/26 ______________________

Joshua R. Fireman (P79994), Attorney for Creditor
Wenzloff & Fireman P.C.
903 N. Jackson, Bay City, MI 48708
Tel (989) 893-9511 • Fax (989) 893-6988
wenzloffbankruptcy@sbcglobal.net

Date: 8/22/26 ______________________

Andrew J. Gerdes (P47593)
Attorney for Debtor
416 N. Homer Street, Suite 101
Lansing, MI 48912
Tel.: (517) 853-1300
agerdes@capitalbankruptcy.net

PREPARED BY WENZLOFF & FIREMAN, P.C.

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MICHAEL T. BACIGALUPO,

Debtor.
_______________________________/

Case No. 26-20754-dob
Honorable Daniel S. Opperman
Chapter 7

**ORDER DETERMINING DEBT TO BE NONDISCHARGEABLE PURSUANT TO § 523**

The Court having reviewed the Stipulation entered into between the parties and being fully advised as to the premises;

**IT IS HEREBY ORDERED** that the sum of $196,641.17, which reflects the debt owed by the Debtor, MICHAEL T. BACIGALUPO, to the Creditor Bay County Historical Society pursuant to a Judgment In a Criminal Case, Case No 1:25-CR-20634-001, which was awarded as criminal monetary penalties and restitution in favor of Creditor and against the Debtor, shall be deemed nondischargeable pursuant to 11 U.S.C. § 523(a)(13), and said amount shall not be discharged in this bankruptcy case.