UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

IN RE:
MICHAEL T. BACIGALUPO,

Debtor.
_______________________________/

Case No. 26-20754-dob
Honorable Daniel S. Opperman
Chapter 7

**ORDER DETERMINING DEBT TO BE NONDISCHARGEABLE PURSUANT TO § 523**

The Court having reviewed the Stipulation entered into between the parties and being advised as to the premises;

**IT IS HEREBY ORDERED** that the sum of $196,641.17, which reflects the debt owed by the Debtor, MICHAEL T. BACIGALUPO, to the Creditor Bay County Historical Society pursuant to a Judgment In a Criminal Case, Case No 1:25-CR-20634-001, which was awarded as criminal monetary penalties and restitution in favor of Creditor and against the Debtor, shall be deemed nondischargeable pursuant to 11 U.S.C. § 523(a)(13), and said amount shall not be discharged in this bankruptcy case.

**Signed on August 24, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**