**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael T. Bacigalupo<br>First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | xxx–xx–8279<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN<br>EIN | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Michigan | | |
| Case number: | 26–20754–dob | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael T. Bacigalupo

8/25/26

**By the court:** /s/ Daniel S. Opperman.BayCity
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Michigan

In re:
Michael T. Bacigalupo
Debtor

Case No. 26-20754-dob
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0645-1 | User: admin | 
Date Rcvd: Aug 25, 2026 | Form ID: 318 | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael T. Bacigalupo, 206 Sharpe St., Essexville, MI 48732-1645 |
| 28945398 | + | Adriana Dydell, Esq., Ass't U.S. Attorney, 211 W. Fort St., Suite 2001, Detroit, MI 48226-3220 |
| 28945401 | + | Auto-Owners Insurance, PO Box 740312, Cincinnati, OH 45274-0312 |
| 28945404 | + | Bay County Historical Society, 321 Washington Ave., Bay City, MI 48708-5837 |
| 28945405 | + | David Puskar, Esq., Braun Kendrick Finkbeiner, 4301 Fahion Square Blvd., Saginaw, MI 48603-5218 |
| 28945406 | + | Jason N. Ball, Esq., 306 5th St., Suite 202, Bay City, MI 48708-5856 |
| 28945407 | + | Jeffrey James Rupp, Esq., Brisbois Brisbois & Rupp PLLC, 1107 Gratiot Ave., Saginaw, MI 48602-2216 |
| 28945408 | #+ | Kevin M. Smith, Esq., Beadle Smith PLC, PO Box 70656, Rochester Hills, MI 48307-0013 |
| 28945411 | + | State Theatre of Bay City, c/o Randall Frank, Trustee, PO Box 2220, Bay City, MI 48707-2220 |
| 28945412 | + | The Springthorpe Brothers Corp, c/o David Puskar, Esq., Braun Kendrick Finkbeiner PLC, 4301 Fashion Square Blvd., Saginaw, MI 48603-5218 |
| 28945413 | + | Thomas Patrick Martin, Esq., Ass't. U.S. Attorney, 211 W. Fort St., Suite 101, Detroit, MI 48226-3269 |
| 28945414 | + | Tiffani N. Palmer, Esq., Weltman Weinberg & Reis LPA, 3155 Big Beaver Rd., Suite 260, Troy, MI 48084-3000 |
| 28945416 | + | United States Probation Office, Federal Building, 200 E. Liberty St., Suite 200, PO Box 8289, Ann Arbor, MI 48107-8289 |
| 28945418 | | Volkswagen Financial Services, PO Box 94005, Palatine, IL 60094-4005 |
| 28945419 | + | William Thomas Orr, Esq., Ass't U.S. Attorney, 101 First St., Suite 200, Bay City, MI 48708-5747 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FCKCORCORAN.COM | Aug 26 2026 02:40:00 | Collene K. Corcoran, P.O. Box 535, Oxford, MI 48371-0535 |
| 28945400 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2026 23:01:38 | AmEx, P.O. Box 981537, El Paso, TX 79998-1537 |
| 28972380 | + | Email/Text: bkfilings@zwickerpc.com | Aug 25 2026 22:56:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 28945399 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2026 23:01:44 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 28945402 | + | EDI: TSYS2 | Aug 26 2026 02:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 28945403 | + | EDI: TSYS2 | Aug 26 2026 02:40:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 28945410 | | Email/Text: EBN@Mohela.com | Aug 25 2026 22:55:00 | SOFI Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Dr., Chesterfield, MO 63005 |
| 28945409 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 25 2026 23:01:37 | Sofi Bank, NA, PO Box 654081, Dallas, TX 75265-4081 |
| 28945415 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Aug 25 2026 22:55:00 | United States of America, c/o William F. Gorgon, Esq., U.S. Attorney, Eastern District of Mich, 211 W. Fort St., Suite 2001, Detroit, MI 48226-3220 |

| | | | |
|---|---|---|---|
| 28945417 | + EDI: G2RSVOLKSWGN | Aug 26 2026 02:40:00 | Volkswagen Credit Inc., Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 28945420 | + Email/Text: bkfilings@zwickerpc.com | Aug 25 2026 22:56:00 | Zwicker & Associates, PC, 320 E. Big Beaver Rd., Suite 100, Troy, MI 48083-1239 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Gerdes | on behalf of Debtor Michael T. Bacigalupo agerdes@capitalbankruptcy.net ajg-ecf@hotmail.com;jschaibly@capitalbankruptcy.net |
| Collene K. Corcoran | trusteecorcoran@gmail.com ckc@trustesolutions.net |
| David Lawrence Puskar | on behalf of Creditor The Springthorpe Brothers Corp davpus@braunkendrick.com brirei@braunkendrick.com;kelspe@braunkendrick.com |
| Joshua Fireman | on behalf of Creditor The Bay County Historical Society joshuafman@gmail.com |

TOTAL: 4